Joshua Blum (SBN 249082)
Email: jblum@blumlaw.co
**BLUM LAW FIRM**
1600 Rosecrans Avenue
Building 7, 4th Floor
Manhattan Beach, CA 90266
Telephone: 310-620-7172

*Attorneys for Plaintiffs* OLIVIA ANNE QUILLIN P/K/A SWSH and FUTURE BOUNCE LIMITED D/B/A FUTURE BOUNCE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA ANNE QUILLIN, professionally known as SWSH, an individual; and FUTURE BOUNCE LIMITED, doing business as FUTURE BOUNCE, a private limited company incorporated in England and Wales, <br><br> Plaintiffs, <br><br> v. <br><br> YEEZY RECORD LABEL, LLC, a California limited liability company; YE, formerly known as KANYE WEST, an individual; TYRONE GRIFFIN JR., professionally known as TY DOLLA $IGN, an individual; LABEL ENGINE, LLC, a California limited liability company; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:26-cv-01498-CAS-ADS <br><br> **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LABEL ENGINE, LLC** |

1

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

1   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiffs Olivia
2   Anne Quillin p/k/a SWSH and Future Bounce Limited d/b/a Future Bounce, by and
3   through undersigned counsel, hereby give notice of their voluntary dismissal of
4   this case without prejudice as to defendant Label Engine, LLC. Defendant Label
5   Engine, LLC has not answered or moved for summary judgment.

Dated: March 14, 2026                    Respectfully submitted,
                                         BLUM LAW FIRM

                                         By:/s/ Joshua Blum
                                             Joshua Blum
                                             *Attorneys for Plaintiffs*
                                             OLIVIA ANNE QUILLIN P/K/A SWSH
                                             and FUTURE BOUNCE LIMITED
                                             D/B/A FUTURE BOUNCE

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**