**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

OLIVIA ANNE QUILLIN, professionally known as SWSH, an individual, et al.,

Plaintiffs,

v.

YEEZY RECORD LABEL, LLC, a California limited liability company, et al.,

Defendants.

Case No.: 2:26−cv−01498−CAS−ADS

**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS ON DEFENDANT YE, FORMERLY KNOWN AS KANYE WEST PURSUANT TO FED. R. CIV. P. 4(m); AND MOTION FOR AUTHORIZATION OF ALTERNATIVE METHODS OF SERVICE**

Hearing Date: June 29, 2026
Hearing Time: 10:00 a.m.
Courtroom: 8D
Judge: Hon. Christina A. Snyder

The Court, having considered the motion of plaintiffs Olivia Anne Quillin, professionally known as SWSH, and Future Bounce Limited, doing business as Future Bounce (collectively, "Plaintiffs"), for an Extension of Time to Complete Service of Process on defendant Ye, Formerly Known as Kanye West ("Defendant Ye"), Pursuant to Fed. R. Civ. P. 4(m) and Authorization of Alternative Methods of Service (the "Motion"); the accompanying Memorandum of Points and Authorities; the Declarations of Joshua Blum, Belki Cisneros Chevez, Liudmila Terentyeva, Nelli Gevorgyan, and Gregory Peck, and the exhibits thereto, any opposition papers and evidence thereto; all other pleadings and papers on file in this action; and the arguments of counsel, and good cause appearing therefor, hereby finds as follows:

1. [Plaintiffs have demonstrated good cause under to Fed. R. Civ. P. 4(m) for an extension of time to complete service of process on Defendant Ye by ninety days from May 13, 2026]/ [The Court exercises its discretion under Fed. R. Civ. P. 4(m) to extend the Plaintiffs' deadline to complete service of process on Defendant Ye by ninety days from May 13, 2026].

2. The proposed alternative methods of service set forth in the Motion are reasonably calculated, under all the circumstances, to apprise Defendant Ye of the pendency of this action and afford him an opportunity to present his objections, and satisfy the requirements of due process and California Code of Civil Procedure § 413.30.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion is GRANTED.

2. Pursuant to Fed. R. Civ. P. 4(m), the time within which Plaintiffs must complete service of process on Defendant Ye is extended by ninety (90) days from May 13, 2026.

3. Pursuant to Fed. R. Civ. P. 4(e)(1) and California Code of Civil

Procedure § 413.30, Plaintiffs shall serve the Summons and First Amended Complaint upon Defendant Ye during the extended period by each of the following methods:

a. Posting copies of the Summons and First Amended Complaint at the property gate of 72 Beverly Park, Beverly Hills, California 90210 (the "Beverly Park Residence");

b. Delivering copies of the Summons and First Amended Complaint to the armed security guard escort assigned to accompany Plaintiffs' process server to the property gate of the Beverly Park Residence;

c. Mailing copies of the Summons and First Amended Complaint by certified mail, postage prepaid, to Defendant Ye at the Beverly Park Residence; and

d. Emailing copies of the Summons and First Amended Complaint to Eduardo Martorell of Martorell Law APC at EMartorell@martorell-law.com.

4. Service on Defendant Ye shall be deemed effective upon the latest of the date of posting, the date of mailing, or the date of email transmission.

5. Within fourteen (14) days of completing service pursuant to the methods required herein, Plaintiffs shall file proof of service.

**IT IS SO ORDERED.**

Dated: ____________________

______________________________
HON. CHRISTINA A. SNYDER
United States District Judge